IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT W. THOMPSON, Individually and as Personal Representative of the Estate of NANCY AGNES THOMPSON,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RAJBINDERPAL SINGH GILL, M.D.,** *et al.*<br><br>**Defendants.** | **Civil Action No.  AW-07-9** |

## ORDER

Presently before the Court is a Notice of Voluntary Dismissal [3], filed by Plaintiff Robert W. Thompson ("Plaintiff").  Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), submits a Notice of Voluntary Dismissal prior to the Defendants' time for serving an answer and/or motion for summary judgment, and moves to voluntarily dismiss without prejudice all claims, actions, and causes of action against all of the Defendants. Upon consideration of the motion for voluntary dismissal, IT IS this 20th day of March, 2007, by the United States District Court for the District of Maryland, hereby **ORDERED:**

1. That the Notice of Voluntary Dismissal [3] BE, and hereby, IS **GRANTED**;

2. That the Clerk of the Court **CLOSE** this case; AND

3. That the Clerk of the Court transmit a copy of this Order to all counsel and parties of record.

/s/
Alexander Williams, Jr.
United States District Judge
